IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THOMAS P. McBRIDE and | ) | |
| SABRINA W. McBRIDE, | ) | |
| | ) | |
|     Debtors. | ) | |
| | ) | |
| THOMAS P. McBRIDE, SABRINA | ) | |
| W. McBRIDE, LARRY C. | ) | |
| WALLACE and DEBRA T. | ) | |
| WALLACE, individually and | ) | |
| on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:10mc3498-MHT |
| | ) | (WO) |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that defendant CitiMortgage, Inc.'s motion to withdraw the

reference and transfer to the district court (doc. no. 1) is denied.

DONE, this the 23rd day of April, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**